# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROSIGMA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO A. F. DE SALLES, an individual; ALESSANDRA GORGULHO, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-cv-07973(PJW)<br>Honorable Patrick J. Walsh<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Action filed: October 29, 2013 |

## ORDER

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case. The Court retains jurisdiction over this matter for the purpose of administration and enforcement of the Settlement Agreement between the Parties.

DATED: 03/09/17          By: _/s/ Patrick J. Walsh_
                                       Hon. Patrick J. Walsh
                                       United States District Judge

1

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

1861194.1