JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEUROSIGMA, INC., a Delaware Corporation, | ) ) ) | CASE NO. CV 16-1111-PJW CASE NO. CV 13-7973-PJW |
| Plaintiff, | ) ) | J U D G M E N T |
| v. | ) ) | |
| ANTONIO A.F. DE SALLES, et al. | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 20, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE